UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN EMERSON JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01635-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 14) |

　　　　Plaintiff Benjamin Emerson Jones ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On April 17, 2023, Plaintiff filed a notice of 30-day permitted extension extending the due date for Plaintiff's motion for summary judgment to May 22, 2023. (Doc. 12).

　　　　On May 22, 2023, the day Plaintiff's motion for summary judgment was due, Plaintiff filed a stipulation seeking a 45-day extension of time. (Doc. 14). Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d).

Here, given Counsel for Plaintiff's representations about the reasons Plaintiff seeks an extension of time (Doc. 15), it should have become apparent before the due date for filing the motion for summary judgment that such an extension was needed, and, hence, under Local Rule 144, Plaintiff was required to file the request for extension of time before now.

<u>As this Court repeated has advised and cautioned counsel in other cases,</u>[1] the Court disfavors granting *nunc pro tunc* relief and directs Plaintiff to exercise better care in anticipating any future requests for extensions of time and filing such requests well before the terminal filing date that Plaintiff seeks to extend.

Accordingly, for the reasons set forth in Plaintiff's stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's due date for filing a motion for summary judgment is extended *nunc pro tunc* from May 22, 2023, to July 6, 2023;
2. No further extension will be granted without a timely-filed request by one or both parties supported by a showing of good cause; and
3. The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any cross-motion and/or reply brief.

IT IS SO ORDERED.

Dated:   **May 23, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] *E.g.*, *Ronnie Cabana Ripoyla v. Commissioner*, No. 1:22-cv-1220-CDB (Doc. 18); *Anthony Shane Porter v. Commissioner*, No. 1:22-cv-0369-AWI-CDB (Doc. 18); *Xeya Mancilla v. Commissioner*, No. 1:22-cv-0349-CDB (Doc. 19); *Destiny Monique Clark v. Kijakazi*, No. 1:21-cv-1022-CDB (Doc. 25).