**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN EMERSON JONES, | Case No. 1:22-cv-01635 JLT CDB (SS) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND REMANDING ACTION PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Doc. 19) |

Benjamin Emerson Jones initiated this action with the filing of a complaint on December 26, 2022, seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability benefits under the Social Security Act. (Doc. 1.) Defendant filed the administrative transcript (Doc. 11) on March 6, 2023, after which Plaintiff filed a motion for summary judgment (Doc. 16) and Defendant filed an opposition (Doc. 18).

On March 6, 2026, the assigned magistrate judge entered Findings and Recommendations to grant the Plaintiff's motion. (Doc. 19.) The magistrate judge evaluated the Administrative Law Judge's decision, finding that the ALJ properly considered the appropriate factors of supportability and consistency in regards to the medical opinion evidence, and thus the ALJ's assessed mental residual functional capacity, relying on these opinions, was supported by substantial evidence. *Id.* at 9-12. The magistrate judge found that, however, the ALJ failed to address relevant portions of Plaintiff's symptom testimony and failed to provide clear and convincing reasons to reject the

1

symptom testimony of record. *Id.* at 16-23. The magistrate judge recommended that the Plaintiff's motion be granted, the ALJ's decision be reversed, and the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings, with judgment entered in favor of Plaintiff and against Defendant. *Id.* at 24.

The Court served the Findings and Recommendation and informed the parties that any objections were to be filed within 14 days after service. *Id.* In addition, the Court advised that "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* at 25 (quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Neither party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendation are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 19) issued on March 6, 2026, are **ADOPTED** in full.

2. Plaintiff's motion for summary judgment (Doc. 16) is **GRANTED**.

3. The matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

4. The Clerk of the Court is directed to enter judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and to terminate all pending dates and close this case.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

UNITED STATES DISTRICT JUDGE